

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| ELI H. SIERS, | * | CIV 13-3010-RAL |
| | * | |
| Plaintiff, | * | |
| | * | JUDGMENT OF DISMISSAL |
| vs. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

Pursuant to the Order denying the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

Dated October 15th, 2013.

BY THE COURT

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE